UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA WAHAB,

                Plaintiff,

-v-

AAVEN PRODUCTS, INC.,

                Defendant.

24-CV-700 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On March 21, 2024, Plaintiff filed a Proposed Clerk's Certificate of Default and obtained a Clerk's Certificate of Default in this case. (ECF No. 6; ECF No. 8.) However, Plaintiff has not filed a motion for default judgment or complied with Local Civil Rule 55.1 and 55.2 and this Court's Individual Practices in Civil Cases. Accordingly, on or before July 1, 2024, Plaintiff shall file and serve a motion for default judgment in compliance with the applicable rules or file a status letter explaining why additional time is needed. If Plaintiff fails to do either, this case will be dismissed.

      SO ORDERED.

Dated: June 10, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge